NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARBARA EXUM,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2011-3037

---

Petition for review of an arbitrator's decision by John M. Donoghue.

---

## ON MOTION

---

## ORDER

Petitioner Barbara Exum moves to supplement the record. Respondent Department of Homeland Security opposes the motion as moot.

The briefs and exhibits that Ms. Exum identifies are already a part of the record, as a result of the arbitrator's March 15, 2011, letter to this Court (Dkt. Entry 11).

Accordingly,

IT IS ORDERED THAT:

Ms. Exum's motion to supplement the record is denied as moot.

FOR THE COURT

<u>MAY 1 6 2011</u>
Date

<u>/s/ Jan Horbaly</u>
Jan Horbaly
Clerk

cc:  Barbara Exum
      Nelson R. Richards, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 6 2011

JAN HORBALY
CLERK